E-FILED
Monday, 22 July, 2019 11:59:13 AM
Clerk, U.S. District Court, ILCD

2414-372-537

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| LEXINGTON INSURANCE COMPANY, and NATIONAL UNION FIRE INSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>RLI INSURANCE COMPANY,<br><br>Defendant. | ) | Cause No. 1:17-cv-01514-JBM-JEH |

**<u>RLI INSURANCE COMPANY'S MOTION TO OBTAIN SEALED FILINGS</u>**

NOW COMES Defendant, RLI INSURANCE COMPANY ("RLI"), by and through its attorneys, Tressler LLP, and for its Motion to Obtained Sealed Filings, states as follows:

1. On August 21, 2018, this Court granted a joint protective order and confidentiality agreement that provided instruction on how to treat documents considered confidential. [Dkt. 27]

2. On November 9, 2018, Plaintiffs – Lexington Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA (collectively, "AIG") – filed their motion for summary judgment under seal. [Dkt. 33]

3. On November 28, 2018, RLI filed its corrected motion for summary judgment, and corresponding exhibits, under seal. [Dkt. 37]

4. On December 7, 2018, RLI filed its Opposition to AIG's motion for summary judgment, and corresponding exhibits, under seal. [Dkt. 39]

5. On December 7, 2018, AIG filed their response to RLI's motion for summary judgment under seal. [Dkt. 41]

6. On December 17, 2018, RLI filed their reply brief in further support of its motion of summary judgment under seal. [Dkt. 44]

7. On December 17, 2018, AIG filed their reply brief in support of its motion for summary judgment under seal. [Dkt. 47]

8. AIG has appealed this Court's summary judgment rulings, and the parties are currently briefing that appeal in the Seventh Circuit Court of Appeals.

9. RLI respectfully requests that this Court grant it access to the file-stamped pleadings noted above, as RLI requires those documents for preparing its response brief to AIG's appeal.

Respectfully submitted,

RLI INSURANCE COMPANY

By: /s/ Todd S. Schenk

Todd S. Schenk
TRESSLER LLP
233 S. Wacker Drive, 61st FL
Chicago, IL 60606
312-627-4000
312-627-1717 (Fax)
E-mail: tschenk@tresslerllp.com

Attorneys for RLI INSURANCE COMPANY

**Certificate of Service**

I hereby certify that on this 22nd day of July, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system pursuant to Central District of Illinois Rule 5.10(A)(3), upon the following:

Aaron D. French
Sandberg Phoenix & von Gontard P.C.
600 Washington Avenue – 15th Floor
St. Louis, MO 63101-1313
314-231-3332
314-241-7604 (fax)
afrench@sandbergphoenix.com

By: /s/ Doreen Schombert
Doreen Schombert

233 S. Wacker Drive, 61st FL
Chicago, IL 60606
312-627-4000
312-627-1717 (Fax)
E-mail: dschombert@tresslerllp.com